104 P.3d 945

# SUPREME COURT OF HAWAI'I

**November 22, 2004**

| 23673 | Asing v. Asing | Affirmed |

**January 21, 2005**

| 25524 | Hashimoto v. State | Vacated and Remanded |

**January 31, 2005**

| 23988 | Associated Steel Workers, Ltd. v. Miyashiro | Affirmed |